Recived BY UCI J.B. 1-4-22 MP

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LEMUEL L. COLE
Petitioner

CASE NO. 3:22-CV30-HLA-MCR

V.

FLA DEPT OF CORRECTIONS
Respondent

FILED
1-10-2022
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

PETITIONER'S MOTION TO DOCKET FILING OF HABEAS CORPUS PETITION WHOSE MATERIAL FILES WERE MALICIOUSLY STORED IF NOT DISCARDED BUT CONSTITUTE THE RECORDS OF THE STATE COURT PROCEEDINGS BELOW.

Comes Now Petitioner LEMUEL L. COLE, pro se & hereby files the instant motion requesting that it be treated as a timely filed habeas petition in the process, with a Jan. 4, 2022 filing deadline & in support of which he submits:

1. He is the pro se petitioner in the cause incarcerated in care custody & control of the Respondent & its employees.

2. The habeas corpus claims material to this action arose while he was confined at New River C.I. & constitute the structural integrity of material processes afforded him.

3. Shortly after his transfer to Sumter C.I. much of his legal related property was stored with the exception of the material files & his

criminal case files. material to a small part of the record.

4. After moving into the kitchen dorm, he was targeted, over the next 5 month period, by paid hit squads & retaliated, resulting in him receiving a D/R for aggravated battery on an inmate. In defense of which he sought the video recordings to support his claim that under the circumstances he acted defensively. The disciplinary team however found the cameras didn't support his defense or was not working. Petitioner thus claimed that under totality of the circumstances, the Sumter C.I. administration had a "culture of promoting gay &/or homosexuality &/or sanctioning its illicit practice on the compound placing him in a 'zone of risk' in which he had to violently defend himself, from its inmate beneficiary's attempts to kill or injure him via paid agents. one of whom is being characterized as the victim in this case! spending in excess of the guesstimated $2,000, then convicting him for such defense in the process. forming the basis of Issues 1-3. . . ." & sought therein in Issue 4, that "the material video be preserved so his defense can be evaluated by someone else." (Judicial Notice: Petition for Writ of Mandamus Cole v. DOC. Case No. 21CA1875)

5. As a result of these claims & general mismanagement of property without which he was transferred, he was not surprised to

find the receipt of his property problematic (See "9/8/21" & "9/20/21" Requests; Formal Grievance (appeal) Log# 2112-213-004 & note fraudulent amended logging of the appealed Informal Grievance Log "213-2111-0255", as Log# "213-2111-0260"; & Informal Grievance Log# 213-2112-0013 & note many of the claims are on appeal to the Secretary & are thus not exhibited herein)

6. Petitioner however realized via the machinations of the grievance process he was afforded, that U.C.I. personnel may be behind or shared the malicious animus &/or intent to prejudice his ability to timely file the Writ of Habeas Corpus action in this Court.

7. Petitioner submits that without the record in Cole v. DOC, Case No. 1D19-3331 & unknown underlying Circuit Court Case Number, he is unable to file a proper petition, though the claims intended to be raised herein are the same raised & exhausted in the state courts below.

WHEREFORE Petitioner prays this motion is construed as an inartfully drawn petition for the Writ of habeas corpus, advancing those claims exhausted in the action referenced in par 7. above, unless & until he can draft a proper petition & is thus docketed for jurisdictional 'EQUITABLE REASONS'

Respectfully Submitted

Lemuel Cole #089324

LEMUEL L. COLE #089324
Union Correctional Institution
Post Office Box 1000 #U4210
Raiford, Florida 32083

OATH & CERTIFICATE OF SERVICE

I DECLARE under penalties of perjury the facts & matters stated herein are true & correct & do certify, that the foregoing motion/Petition has been furnished via U.S. Mail, to the Attorney General, Office of the Attorney General PL-01, The Capitol, Tallahassee Florida 32399-1050, on this 30th day of December 2021

12/30/21
DATE

Lemuel Cole #089324
LEMUEL L. COLE #089324